TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00179-CR






Calvin Conway, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 99-294-K277, HONORABLE DONALD HUMBLE, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Patricia J. Cummings, is ordered to tender a brief in this cause no later than September
30, 2002. No further extension of time will be granted.

It is ordered August 20, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish